# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMAL DAMON HENDRIX,

    Plaintiff,

v.

STEPHANIE RAY,

    Defendants.

2:17-cv-01719-JAD-PAL

**ORDER**

## I. DISCUSSION

Plaintiff moves to change venue to this Court's unofficial northern division because he initiated this case as an inmate at Ely State Prison in White Pine County.[1] (ECF No. 4).

The Court interprets Plaintiff's motion to change venue (ECF No. 4) as a motion to reopen this case in the unofficial northern division. The Court grants the motion. Pursuant to Nevada Local Rule IA 1-8(a), *pro se* inmates must file their civil actions in the unofficial division of the court in which the inmate is held when the complaint is submitted for filing. Pursuant to Nevada Local Rule IA 1-6, an inmate in White Pine County should file his case in the unofficial northern division.

The Court finds that the clerk's office inadvertently opened this case in the wrong unofficial division. The Court now directs the clerk's office to close the instant case and open a new case in the unofficial northern division. The clerk's office shall randomly assign new judges to this case. The clerk's office also shall transfer and docket the complaint (ECF No. 1-1), application to proceed *in forma pauperis* and financial certificate (ECF No. 1, 3), motion for a screening order (ECF No. 5), and this order in the newly-opened case. Additionally, the

---

[1] The Court has not issued a screening order in this case.

clerk's office shall date the complaint (ECF No. 1-1) in the new docket as June 20, 2017.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for leave to change venue (ECF No. 4) is construed as a motion to move this case to the unofficial northern division.

IT IS FURTHER ORDERED that the motion to move the case to the unofficial northern division (ECF No. 4) is granted.

IT IS FURTHER ORDERED that the Clerk of the Court shall close this case and open a new case in the unofficial northern division. The Clerk of the Court shall randomly assign new judges to this case.

IT IS FURTHER ORDERED that the Clerk of the Court shall transfer and docket the complaint (ECF No. 1-1), the application to proceed *in forma pauperis* and financial certificate (ECF No. 1, 3), the motion for a screening order (ECF No. 5), and this order in the new case.

IT IS FURTHER ORDERED that the Clerk of the Court shall docket the complaint (ECF No. 1-1) in the new case with the *nunc pro tunc* date of June 20, 2017.

DATED: This 24th day of May, 2018.

_____
United States Magistrate Judge